ACCEPTED
03-15-00368-CV
7740700
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/9/2015 11:33:56 AM
JEFFREY D. KYLE
CLERK

## No. 03-15-00368-CV

IN THE
THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/9/2015 11:33:56 AM
JEFFREY D. KYLE
Clerk

_____

**Laura Pressley,**

*Appellant,*

v.

**Gregorio "Greg" Casar,**

*Appellee.*

_____

## No. 03-15-00505-CV

**David Rogers,**

*Appellant,*

v.

**Gregorio "Greg" Casar,**

*Appellee.*

_____

**UNOPPOSED MOTION TO EXTEND TIME
TO FILE APPELLEE'S BRIEFS**

_____

TO THE HONORABLE THIRD COURT OF APPEALS:

On September 25, 2015, the Court granted Appellee Gregorio "Greg" Casar's

Unopposed Motion to Consolidate and Reset Briefing Deadlines. Accordingly, the

deadlines in both of the above-styled appeals run from the filings in No. 03-15-00505-

CV. Appellant filed his brief in No. 03-15-505-CV on October 27, 2015, making

Appellee's briefs for both appeals due on November 16, 2015. Pursuant to Rule 10.5(b) and Rule 38.6 of the Texas Rules of Appellate Procedure, Appellee files this unopposed motion and asks for a thirty (30) day extension of time by which to file his briefs. Granting this motion would make the briefs due on December 16, 2015.

Appellee seeks this extension because his appellate counsel, Kurt Kuhn, has several other matters that have and continue to consume his docket, including:

- Preparing an amicus brief in No. 14-0743; *Southwest Royalties, Inc. v. Hegar*; Supreme Court of Texas;

- Preparing a Reply in Support of Petition for Review in No. 15-0504; *Arbor Windsor Court, Ltd., v. Weekley Homes, L.P.;* Supreme Court of Texas;

- Preparing an amicus brief in No. 15-0523; *ACE Cash Express, Inc. v. The City of Denton, Texas;* in the Texas Supreme Court; and

- Preparing a petition for review in No. 15-0725, *Debra Hren v. Recruiting Partners GP, Inc. d/b/a Kinney Recruiting, Inc.,* due on December 4, 2015.

This request is not made for the purpose of delay. It is necessary to allow Appellee's counsel time to properly prepare the briefs. This motion is the first extension requested in this matter, and counsel for Appellants does not oppose the relief sought.

**Prayer**

For these reasons, Appellee asks for an additional thirty (30) days to file his briefs, extending the time until December 16, 2015.

Dated:   November 9, 2015                Respectfully submitted,


                                         By:/s/Kurt Kuhn


Charles Herring, Jr.                     Kurt Kuhn
State Bar No. 09534100                   State Bar No. 24002433
cherring@herring-irwin.com               kurt@kuhnhobbs.com
Lauren Ross                              Lisa Bowlin Hobbs
State Bar No. 24092001                   State Bar No. 24026905
laurenbross@herring-irwin.com            lisa@kuhnhobbs.com
HERRING & PANZER, L.L.P.                 KUHN HOBBS PLLC
1411 West Avenue, Suite 100              3307 Northland Drive, Suite 310
Austin, Texas  78701                     Austin, Texas  78731-4946
(512) 320-0665                           (512) 476-6000
(512) 519-7580 (fax)                     (512) 476-6002 (fax)

                                         Jessica Palvino
                                         State Bar No. 24048780
                                         jpalvino@mcginnislaw.com
                                         MCGINNIS, LOCHRIDGE & KILGORE, LLP
                                         600 Congress Avenue, Suite 2100
                                         Austin, Texas  78701
                                         (512) 495-6079
                                         (512) 505-6379 (fax)


                        *Counsel for Appellee*

## CERTIFICATE OF CONFERENCE

Pursuant to Texas Rule of Appellate Procedure 10.1, I hereby certify that I conferred with Appellant David Rogers and counsel for Laura Pressley, Mark Cohen, regarding this motion. Both Mr. Rogers and Mr. Cohen indicated that they are unopposed to the extension of time.

/s/ Kurt Kuhn
Kurt Kuhn

## CERTIFICATE OF SERVICE

I hereby certify that, November 9, 2015, I served electronically a copy of this motion on counsel of record as listed below:

Mark Cohen
805 West 10th Street, Suite 100
Austin, Texas 78701
mark@cohenlegalservices.com

David Rogers
Law Office of David Rogers
1201 Spyglass Suite 100
Austin, TX 78746
Firm@DARogerslaw.com

/s/ Kurt Kuhn
Kurt Kuhn